IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dana Gibson,                                              Case No. 1:10 CV 2014

            Petitioner,                          O R D E R

        -vs-                                           JUDGE JACK ZOUHARY

Keith Smith,

            Respondent.

Pending before the Court is Petitioner's Habeas Corpus Petition (Doc. No. 1), Request for Evidentiary Hearing (Doc. No. 4), and Request for a Voluntary Dismissal (Doc. No. 10).

The Court has reviewed the Report and Recommendation (R&R) of the Magistrate Judge (Doc No. 13) recommending dismissal of the action without prejudice. Respondent has no objection to the voluntary dismissal (Doc. No. 12).

Therefore, the R&R is adopted and this case is dismissed without prejudice.

IT IS SO ORDERED.

                                                   s/ *Jack Zouhary*
                                                  JACK ZOUHARY
                                                  U. S. DISTRICT JUDGE

                                                  November 30, 2010